**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 25, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00079-CV

### ISIDORO FERNANDEZ, Appellant

### V.

### JOSE LUIS ALVARADO, Appellee

**On Appeal from the 10th District Court
Galveston County, Texas
Trial Court Cause No. 18-CV-1204**

## MEMORANDUM OPINION

This is an accelerated interlocutory appeal from an order granting a temporary injunction against appellant Isidoro Fernandez. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(4); Tex. R. App. P. 28.1. After this appeal was perfected, appellee Jorge Luis Alvarado filed a motion to nonsuit the cause of action without prejudice as to all claims against appellant. The trial court signed an order granting appellee's nonsuit and dismissing without prejudice. Appellee filed a motion to dismiss the

appeal as moot.

Rule 162 of the Texas Rules of Civil Procedure provides that "[a]t any time before the plaintiff has introduced all of his evidence other than rebuttal evidence, the plaintiff may dismiss a case, or take a non-suit, which shall be entered in the minutes." Tex. R. Civ. P. 162. As a consequence of Alvarado taking a nonsuit in the underlying case, the temporary injunction at issue in this appeal dissolved automatically without need for a separate order and the appeal became moot. *See Gen. Land Office of State of Tex. v. Oxy, U.S.A., Inc.*, 789 S.W.2d 569, 571 (Tex. 1990) (plaintiff's voluntary nonsuit filed after entry of temporary injunction, during pendency of accelerated appeal, rendered appeal moot and required dismissal).

Appellee filed a motion to dismiss the appeal on May 29, 2019. More than ten days have elapsed and appellant has filed no response.

We dismiss the appeal.


PER CURIAM


Panel consists of Justices Christopher, Bourliot, and Zimmerer.